IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VIOLA WALKER,** | ) | CASE NO. 8:05CV496 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **J.W. HUTTON, INC., THE BENEFIT GROUP, INC., MERCY MEDICAL CENTER, SLOAN AMBULANCE SERVICE, NORTHWEST IOWA EMERGENCY PHYSICIANS, INDIAN HEALTH SERVICES, THE WINNEBAGO INDIAN HEALTHCARE HOSPITAL, and MEDICARE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Upon notice given to the District Judge on December 21, 2005, by the Plaintiff that the above case has settled,

**IT IS ORDERED**:

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the Clerk of the Court which will fully dispose of the case on or before January 23, 2006. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii), and shall state whether the dismissal is with or without prejudice; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

Dated this 21st day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge