IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VIOLA WALKER,** | ) | CASE NO. 8:05CV496 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER OF DISMISSAL |
| **J. W. HUTTON, INC., THE BENEFIT GROUP, INC., MERCY MEDICAL CENTER, SLOAN AMBULANCE SERVICE, NORTHWEST IOWA EMERGENCY PHYSICIANS, INDIAN HEALTH SERVICES, THE WINNEBAGO INDIAN HEALTHCARE HOSPITAL, and MEDICARE,** | ) ) ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the parties' Amended Stipulation of Dismissal (Filing No. 11.) The Court finds that the stipulation complies with Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1) Amended Stipulation of Dismissal (Filing No. 11) is approved;

2) The Complaint is hereby dismissed with prejudice; and

3) Each party shall pay its own costs and attorney's fees unless otherwise agreed by and between them.

DATED this 25th day of January, 2006.

BY THE COURT

s/Laurie Smith Camp
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VIOLA WALKER,** | ) | CASE NO. 8:05CV496 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER OF DISMISSAL |
| **J. W. HUTTON, INC., THE BENEFIT GROUP, INC., MERCY MEDICAL CENTER, SLOAN AMBULANCE SERVICE, NORTHWEST IOWA EMERGENCY PHYSICIANS, INDIAN HEALTH SERVICES, THE WINNEBAGO INDIAN HEALTHCARE HOSPITAL, and MEDICARE,** | ) ) ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the parties' Amended Stipulation of Dismissal (Filing No. 11.) The Court finds that the stipulation complies with Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1) Amended Stipulation of Dismissal (Filing No. 11) is approved;

2) The Complaint is hereby dismissed with prejudice; and

3) Each party shall pay its own costs and attorney's fees unless otherwise agreed by and between them.

DATED this 25th day of January, 2006.

BY THE COURT

s/Laurie Smith Camp
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VIOLA WALKER,** | ) | CASE NO. 8:05CV496 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER OF DISMISSAL |
| **J. W. HUTTON, INC., THE BENEFIT GROUP, INC., MERCY MEDICAL CENTER, SLOAN AMBULANCE SERVICE, NORTHWEST IOWA EMERGENCY PHYSICIANS, INDIAN HEALTH SERVICES, THE WINNEBAGO INDIAN HEALTHCARE HOSPITAL, and MEDICARE,** | ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the parties' Amended Stipulation of Dismissal (Filing No. 11.) The Court finds that the stipulation complies with Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1) Amended Stipulation of Dismissal (Filing No. 11) is approved;

2) The Complaint is hereby dismissed with prejudice; and

3) Each party shall pay its own costs and attorney's fees unless otherwise agreed by and between them.

DATED this 25th day of January, 2006.

BY THE COURT

s/Laurie Smith Camp
United States District Judge